**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| NLG, LLC, | : | No. 52 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| 9197-5904 QUEBEC, INC., PET. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.